IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| J.R. SIMPLOT COMPANY<br>6360 South Federal Way<br>Boise, ID  83706 | )<br>)<br>)<br>) | Case No. 5:06-cv-0208<br><br>Hon. Gordon J. Quist |
| Plaintiff, | )<br>) | U.S. District Judge |
| v. | )<br>) | |
| THE POPOFF MEAT COMPANY<br>1214 S. Washington Ave.<br>Lansing, MI  48910-1651 | )<br>)<br>)<br>) | |
| and | ) | |
| TIMOTHY H. McCARTHY, JR.<br>1214 S. Washington Ave.<br>Lansing, MI  48910-1651 | )<br>)<br>) | |
| and | ) | |
| Individually and in his<br>corporate capacity | )<br>) | |
| JEROME ABOOD<br>1214 S. Washington Ave.<br>Lansing, MI  48910-1651 | )<br>)<br>) | |
| Individually and in his<br>corporate capacity | )<br>) | |
| Defendants. | ) | |

## ORDER GRANTING BYRON BANK'S MOTION
## TO SUBSTITUTE FOR PLAINTIFF, J.D. SIMPLOT COMPANY

Upon review of Byron Bank's Motion to Substitute for Plaintiff, J.R. Simplot Company, pursuant to Fed R. Civ. P. 25(c), due notice having been given and the Court having reviewed the Motion and being otherwise fully advised in the premises;

IT IS HEREBY ORDERED THAT:

1. Byron Bank's Motion to Substitute for Plaintiff is granted; and

2. Byron Bank is granted leave to file its Amended Complaint.

Dated: __June 4__, 2007         /s/ Hugh W. Brenneman, Jr.
                                Hugh W. Brenneman, Jr.
                                U.S. Magistrate Judge